USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARC RAMOS,

Plaintiff,                                   19 **CIVIL** 8298 (OTW)

-v-                                                    **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 28, 2020, that the Commissioner's decision

is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security,

pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
May 28, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**